**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Cheyenne TALAMANTES,**
**Defendant–Appellant.**

No. 05–50079.
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided Nov. 9, 2005.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Federal Public Defender's Office Western District of Texas, San Antonio, tx, for Defendant–Appellant.

Before REAVLEY, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Cheyenne Talamantes raises arguments that are foreclosed by *United States v. Celestine*, 905 F.2d 59, 60 (5th Cir.1990), which held that the Eighth Amendment does not bar the reincarceration of defendants who have violated the terms of their supervised release but who have already served the statutory maximum sentence allowed for the initial offense. The Government's motion for summary affirmance

---

is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.